# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN SHOTTS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Case. No. 16-CV-01266 |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY d/b/a GEICO, ) | |
| AMONG OTHER NAMES, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Brian Shotts, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from Honorable Trial Court's Judgment entered in favor of Defendant on October 31, 2018 [Doc. No. 140], based upon the Court's Order of June 1, 2018 [Doc. No. 121], granting in part and denying in part the Defendant's Motion for Summary Judgment, and the Court's Order of October 31, 2018 [Doc. No. 139], granting the Defendant's Motion for Reconsideration of the Court's Partial Denial of Summary Judgment.

NAIFEH & ASSOCIATES
A Professional Corporation

By: /s/ Clifton Naifeh
CLIFTON D. NAIFEH - OBA #6568
870 Copperfield Drive, Suite B
Norman, Oklahoma 73072
405/292-2244
405/292-2288 FAX
naifehlaw@coxinet.net

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

      I hereby certify that on the 20 day of November 2018, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to


Gerard F. Pignato, OBA, No. 11473, jerry@pclaw.org
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, OK 73102

The Clerk of the Tenth Circuit Court of Appeals
clerk@ca10.uscourts.gov
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823.

                                            /s/ Clifton Naifeh
                                            CLIFTON D. NAIFEH