FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

December 2, 2019

Elisabeth A. Shumaker  
Clerk of Court

---

BRIAN SHOTTS,

    Plaintiff - Appellant,

v.

GEICO GENERAL INSURANCE COMPANY, d/b/a GEICO among other names,

    Defendant - Appellee.

No. 18-6206  
(D.C. No. 5:16-CV-01266-SLP)  
(W.D. Okla.)

---

## JUDGMENT

---

Before **MATHESON**, **PHILLIPS**, and **MORITZ**, Circuit Judges.

---

    This case originated in the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk